**Order filed June 21, 2012**



In The

# Fourteenth Court of Appeals

## NO. 14-12-00081-CV
_____

**SUSANA V. IZAGUIRRE, Appellant**

**V.**

**ROBERTO S. RIVERA, Appellee**

---

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-30420A**

---

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **Exhibit to Motion for Reconsideration of Third Party Plaintiff Susana V. Izaguirre's Response to Third Party Defendant's Motion for Summary Judgment" (filed 9-26-11.**

The clerk of the 234th District Court is directed to deliver to the Clerk of this court the original of Exhibit to Motion for Reconsideration of Third Party Plaintiff Susana V. Izaguirre's Response to Third Party Defendant's Motion for Summary Judgment" (filed 9-26-11, on or before **June 29, 2012.** The Clerk of this court is directed to receive,

maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of Exhibit to Motion for Reconsideration of Third Party Plaintiff Susana V. Izaguirre's Response to Third Party Defendant's Motion for Summary Judgment" (filed 9-26-11, to the clerk of the 234th District Court.


PER CURIAM